OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 08. 2015

6/29/2015
JOHNSON, BRANDON CHRISTOPHER    Tr. Ct. No. C-213-010487-1396060-A
WR-83,524-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

RTS

Abel Acosta, Clerk



BRANDON CHRISTOPHER JOHNSON
HUTCHINS UNIT - TDC # 1987644
1500 E. LANGDON RD.

Discharged